Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–35340–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christine MCarthur
616 Borrie Ave
Brielle, NJ 08730–1804

Social Security No.:
xxx–xx–3189

Employer's Tax I.D. No.:

NOTICE OF RESCHEDULED CONFIRMATION HEARING TO MAY 7, 2018 AT 10:00 AM

Please be advised the Confirmation hearing date of 5/2/2018 has been changed to:

Date: MONDAY, 5/7/2018
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 086081507

for:

12 Confirmation Hearing Scheduled (related document:6 Chapter 13 Plan. Filed by Judith G Amorski on behalf of Christine MCarthur.)

Dated: March 19, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Christine MCarthur
      Debtor

Case No. 17-35340-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1          Date Rcvd: Mar 19, 2018
                          Form ID: 200           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db            Christine MCarthur,   616 Borrie Ave,   Brielle, NJ  08730-1804
517234320       BSI Financial Services,   314 S Franklin St Fl 2,   Titusville, PA  16354-2168
517351353      +Bayview Loan Servicing, LLC,   c/o BSI Financial Services,
       11350 McCormick Road, IPII, Suite 903,   Hunt Valley, MD 21031-1002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2018 23:54:19    U.S. Attorney,   970 Broad St.,
            Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2018 23:54:16    United States Trustee,
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
            Newark, NJ 07102-5235
                                                                     TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
        Albert  Russo   docs@russotrustee.com
        Judith G Amorski   on behalf of Debtor Christine  MCarthur Judy@amorskilaw.com
        Rebecca Ann Solarz   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                TOTAL: 4