**Form 210B (12/09, as revised 1/4/17)**

# United States Bankruptcy Court

## District Of New Jersey

In re  Christine MCarthur          ,          Case No.  17-35340-CMG

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   1   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on              3/22/18              .

 Bayview Loan Servicing, LLC                           McCormick 106, LLC
Name of Alleged Transferor                             Name of Transferee

Address of Alleged Transferor:                         Address of Transferee:
 BSI Financial Services                                 McCormick 106, LLC
 11350 McCormick Rd.                                    c/o Dembo, Brown & Burns LLP
 IPII, Suite 903                                        1300 Route 73, Suite 205
 Hunt Valley, MD 21031                                  Mount Laurel, NJ 08054

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/29/2018                                        Jeanne A. Naughton
                                                       **CLERK OF THE COURT**