UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

*Judith G. Amorski, Esq.*
*10 West Main Street*
*Freehold NJ 07728*
*Attorney for Debtor*

In Re:

*Christine Mcarthur*

Case No.:         17-35340
Chapter:          13
Hearing Date:     6/20/18 9:00 am
Judge:            CMG

# NOTICE OF MOTION TO
# REINSTATE THE AUTOMATIC STAY

*Christine Mcarthur* has filed papers with the court requesting to reinstate the automatic stay.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:        6/20/18

Hearing Time:        9:00

Hearing Location:    402 East State St. Trenton NJ

Courtroom Number:    CMG

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

*BSI Financial Services*
*PO Box 679002*
*Dallas TX 75267-9002*

*Attorneys for above, Kyle Francis Eingorn, Esq.*
*[KEingorn@DBBLEGAL.com](mailto:KEingorn@DBBLEGAL.com)*
*1300 Route 73*
*Suite 205*
*Mt. Laurel NJ 08054*

    If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:   5/11/2018                                          */S/ Christine Mcarthur*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

*Judith g. Amorski, Esq.*
*10 West Main Street*
*Freehold NJ 07728*
*Attorney for Debtor*

In Re:

*Christine Mcarthur*

Case No.: 17-35340
Chapter: 13
Hearing Date: 6/20/18 9:00 am
Judge: CMG

# CERTIFICATION OF DEBTOR(S)

I, *Christine Mcarthur*, debtor in this case, submit this Certification in support of my Motion to Reinstate the Automatic Stay.

1. I am fully familiar with the facts set forth below.

2. I filed for bankruptcy on 4/4/18

3. On MAY 7, 2018 the automatic stay was vacated because *payment was received by BSI but not processed as of the date of the hearing.*

4. I request that the stay be reinstated because on the morning of the motion my Attorney did not have any proof to provide that the payment had been received. *Shortly thereafter the check cleared the bank however I was not able to show proof beforehand. Although I sent a copy of the certified check I could not verify to the court that BSI had received it prior to the morning of the hearing.*

5. *My Attorney and Mr. Eingorn had discussed this prior to the hearing and it was understood that the objection was due to the fact that I had not made the payments. I called BSI several times and they told me on the phone that I could not make the payment. I was in contact with my Attorney and I wanted confirmation that I could mail it to the address of BSI, even though verbally they said they could not accept it. When my lawyer confirmed with BSI's lawyer that I could mail it I overnighted the check for the full amount.*

I certify under penalty of perjury that the above is true.

Date:  5/11/2018                              */S/ Christine Mcarthur*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

*Judith G. Amorski, Esq.*
*10 West Main Street*
*Freehold NJ 07728*
*Attorney for Debtor*

In Re:

*Christine Mcarthur*

Case No.:      17-35340
Chapter:       13
Hearing Date:  6/20/18 9:00 am
Judge:         CMG

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

In accordance with D.N.J. LBR 9013-1(a)(3), it is respectfully submitted that no brief is necessary in the Court's consideration of this motion, as it does not involve complex issues of law.

Date:  5/11/2018               */S/ Christine Mcarthur*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

*Judith G. Amorski, Esq.*
*10 West Main Street*
*Freehold NJ 07728*
*Attorney for Debtor*

In Re:

*Christine Mcarthur*

Case No.:  17-35340
Chapter:  13
Hearing Date:  6/20/18 9:00 am
Judge:  CMG

# CERTIFICATION OF SERVICE

1. I, JUDITH G. AMORSKI, ESQ:

    ☐ represent CHRISTINE MCARTHUR in this matter.

2. On *May, 11, 2018*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    ☒ Notice of Motion to Reinstate the Automatic Stay

    ☒ Certification in Support of Motion to Reinstate the Automatic Stay

    ☒ Statement as to Why No Brief is Necessary

    ☒ Proposed Order Granting Motion to Reinstate the Automatic Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   May, 11 2018                             */S/Judith G. Amorski, Esq*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *Attorneys for above, Kyle Francis Eingorn, Esq.* <br> *KEingorn@DBBLEGAL.com* <br> *1300 Route 73* <br> *Suite 205* <br> *Mt. Laurel NJ 08054* | *Mortgage Holder* | ☐ Hand-delivered <br> ☐ Regular mail <br> ☒ Certified mail/Return receipt requested <br> ☒ Other electronic notice <br> authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/Return receipt requested <br> ☐ Other _____ <br> (As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/Return receipt requested <br> ☐ Other _____ <br> (As authorized by the court or rule. Cite the rule if applicable.) |
| *[Enter the name and address of the party you served]* | *[Enter the party's relationship to the case]* | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/ Return receipt requested <br> ☐ Other _____ <br> (As authorized by the court or rule. Cite the rule if applicable.) |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

*Judith g. Amorski, Esq.*
*10 West Main Street*
*Freehold NJ 07728*
*Attorney for Debtor*

In Re:

*Christine Mcarthur*

Case No.:	17-35340
Chapter:	13
Hearing Date:	6/20/18 9:00 am
Judge:	CMG

# ORDER GRANTING MOTION TO REINSTATE STAY

The relief set forth on the following page is **ORDERED**.

The Court having reviewed the debtor's Motion to Reinstate the Automatic Stay, and any related responses or objections, it is hereby

ORDERED that:

1. The automatic stay is reinstated as to all creditors.

2. The debtor shall serve a copy of this order on the trustee, all parties that were served with the Motion, and any parties who objected or responded to the motion.