UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Click here to enter text.

```
          Judith G Amorski
Law Office of Judith Amorski, LLC
10 W Main Street
2nd Floor
Freehold, NJ 07728
732-683-1227
Fax : 732-683-1320
```

**Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CHRISTINE MCARTHUR

| | |
|---|---|
| Case Number: | 17-35340 |
| Hearing Date: | 6-20-18 |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 26, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by JUDITH G. AMORSKI, ESQ.   and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to Debtor CHRISTINE MCARTHUR, 616 Borrie Ave. in Brielle New Jersey   is reinstated effective the date of this order. as to all creditors served with the notice of motion until further order of the court.

*rev.7/12/16*

2