UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Click here to enter text.

```
            Judith G Amorski
Law Office of Judith Amorski, LLC
10 W Main Street
2nd Floor
Freehold, NJ 07728
732-683-1227
Fax : 732-683-1320
```

**Order Filed on June 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CHRISTINE MCARTHUR

| | |
|---|---|
| Case Number: | 17-35340 |
| Hearing Date: | 6-20-18 |
| Judge: | CMG |
| Chapter: | 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

### ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 26, 2018**

*Honorable Christine M. Gravelle*
United States Bankruptcy Judge

This matter having been presented to the Court by JUDITH G. AMORSKI, ESQ.   and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay as to Debtor CHRISTINE MCARTHUR, 616 Borrie Ave. in Brielle New Jersey   is reinstated effective the date of this order. as to all creditors served with the notice of motion until further order of the court.

*rev.7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Christine McArthur  
       Debtor

Case No. 17-35340-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 26, 2018  
                               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
db         Christine McArthur,    616 Borrie Ave,    Brielle, NJ   08730-1804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Judith G Amorski    on behalf of Debtor Christine   McArthur Judy@amorskilaw.com  
         Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com  
         Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com  
         Rebecca Ann Solarz    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                            TOTAL: 6