|   |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>DEMBO, BROWN & BURNS LLP<br>BY: KYLE F. EINGORN, ESQUIRE<br>1300 ROUTE 73<br>SUITE 205<br>MT. LAUREL, NJ 08054<br>(856) 354-8866<br>KEINGORN@DBBLEGAL.COM<br>ATTORNEYS FOR MCCORMICK 106, LLC |

Order Filed on February 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

CHRISTINE McARTHUR,

       Debtor

Chapter 13
Case No. 17-35340-CMG
The Honorable Christine M. Gravelle, U.S.B.J.

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following page is hereby ORDERED.

**DATED: February 25, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

THIS MATTER having come before the Court on Motion of McCormick 106, LLC (the "Lender") seeking relief from the automatic stay and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The automatic stay pursuant to Section 362(a) of the Bankruptcy Code is vacated as to both the Debtor and any co-debtors protected under §1301 of the Bankruptcy Code to permit the Lender to pursue its rights as a secured creditor in the real property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Land and premises commonly known 616 Borrie Avenue, Brielle, New Jersey. Land and premises identified by the lot and block numbers set forth below on Official Tax Map of the Township of Brielle, County of Monmouth and State of New Jersey.**

| **Block Number** | **Lot(s) Number** |
|---|---|
| **19.01** | **4** |

3. This Order shall survive any conversion of this bankruptcy case to one filed under any other chapter under the Bankruptcy Code.

4. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.

5. Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure

United States Bankruptcy Court
District of New Jersey

In re:  
Christine McArthur  
     Debtor

Case No. 17-35340-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1              Date Rcvd: Feb 25, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2019.
db        Christine McArthur,    616 Borrie Ave,    Brielle, NJ 08730-1804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2019 at the address(es) listed below:
          Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
          Albert Russo    docs@russotrustee.com
          Judith G Amorski    on behalf of Debtor Christine McArthur Judy@amorskilaw.com
          Kyle Francis Eingorn    on behalf of Creditor McCormick 106, LLC keingorn@dbblegal.com
          Michael E. Brown    on behalf of Creditor McCormick 106, LLC mbrown@dbblegal.com
          Rebecca Ann Solarz    on behalf of Creditor BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                 TOTAL: 7