Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−35340−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Christine McArthur
  616 Borrie Ave
  Brielle, NJ 08730−1804
Social Security No.:
  xxx−xx−3189
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 3, 2019
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-35340-CMG
Christine McArthur                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: May 03, 2019
                             Form ID: 148              Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2019.
db                 Christine McArthur,    616 Borrie Ave,    Brielle, NJ  08730-1804
517234320          BSI Financial Services,    314 S Franklin St Fl 2,    Titusville, PA  16354-2168
517351353         +Bayview Loan Servicing, LLC,    c/o BSI Financial Services,
                   11350 McCormick Road, IPII, Suite 903,    Hunt Valley, MD 21031-1002
517403844         +McCormick 106, LLC,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                   Mount Laurel, NJ 08054-2200
517403845         +McCormick 106, LLC,    c/o Dembo, Brown & Burns LLP,    1300 Route 73, Suite 205,
                   Mount Laurel, NJ 08054,    McCormick 106, LLC,    c/o Dembo, Brown & Burns LLP 08054-2200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg                E-mail/Text: usanj.njbankr@usdoj.gov May 04 2019 00:29:21      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 04 2019 00:29:12      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
                                                                                         TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*               +McCormick 106, LLC,    c/o Dembo, Brown & Burns LLP,    1300 Route 73,    Suite 205,
                   Mount Laurel, NJ 08054-2200
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2019

                                              Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2019 at the address(es) listed below:
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo    docs@russotrustee.com
          Judith G Amorski    on behalf of Debtor Christine  McArthur Judy@amorskilaw.com
          Kyle Francis Eingorn    on behalf of Creditor    McCormick 106, LLC keingorn@dbblegal.com
          Michael E. Brown    on behalf of Creditor    McCormick 106, LLC mbrown@dbblegal.com
          Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 7